Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DANIELLE V. SHTRAUS,<br><br>Defendant. | No. 6:20-po-0054-JDP<br><br>STIPULATION TO CONTINUE INTITIAL APPEARANCE; AND ORDER THEREON |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Danielle Shtraus, by and through her attorney of record, Christopher J. Caine, that the initial appearance in the above-captioned matter set for April 7, 2020 be continued to May 19, 2020, at 10:00 a.m. Due to the ongoing COVID19 related restriction, the parties further request the Court allow all parties to appear telephonically.

Dated: April 2, 2020        /S/ Susan St. Vincent
                            Susan St. Vincent
                            Legal Officer
                            Yosemite National Park

Dated: April 2, 2020        /S/ Christopher J. Caine
                            Christopher J. Caine
                            Attorney for Defendant
                            Danielle Shtraus

1

ORDER

The court accepts the above stipulation and adopts its terms as the order of this court. Accordingly, the April 7, 2020, initial appearance for Danielle Shtraus, Case 6:20-po-0054-JDP, is continued to May 19, 2020, at 10:00 a.m. The parties are to appear telephonically, provided that the appropriate written waiver is in place.

IT IS SO ORDERED.

Dated: April 3, 2020

_____
UNITED STATES MAGISTRATE JUDGE